NO. 07-05-0374-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 10, 2006
_____

JOSE MARTINEZ RODRIGUEZ,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 95-419,903; HON. CECIL PURYEAR, PRESIDING
_____

***Order of Dismissal***
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Jose Martinez Rodriguez (appellant) appealed from his conviction for delivery of marijuana.  Because the court reporter had not filed a record, we abated and remanded the cause to the 137th District Court of Lubbock County (trial court).  The latter convened a hearing attended by appellant and his counsel.  At the proceeding, appellant informed the trial court that he no longer cared to prosecute the appeal.  The trial court found this

decision to be knowing and voluntary. Furthermore, it along with appellant's representations were memorialized in a supplemental clerk's record filed with this court.

Although we have no motion to dismiss before us as required by Texas Rule of Appellate Procedure 42.2(a), Rule 2 of the same rules permits us to suspend the operation of an existing rule. TEX. R. APP. P. 2; *see Rodriguez v. State*, 970 S.W.2d 133, 135 (Tex. App.–Amarillo 1998, pet. ref'd). Therefore, pursuant to Rule 2, and because appellant has clearly revealed his desire to forego appeal, we suspend Rule 42.2(a) and dismiss the appeal based upon appellant's representation to the trial court.

Having so dismissed the appeal, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Chief Justice


Do not publish.